IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:17-CR-00342 |
| | : | |
| v. | : | |
| | : | |
| **ARTHUR LOVE** | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 4th day of May, 2022, upon consideration of Defendant Arthur Love's motion to vacate his sentence under 28 U.S.C. § 2255 (Doc. 384), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.** There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. 2253(c). **IT IS SO ORDERED.**

 _s/ Sylvia H. Rambo_
 SYLVIA H. RAMBO
 United States District Judge